UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>              Plaintiff,<br><br>- against -<br><br>FOX NEWS NETWORK, LLC,<br><br>              Defendant. | 17 Civ. 4160 (KBF)(JLC)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>ORAL ARGUMENT <u>REQUESTED</u> |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Steven G. Mintz, and all of the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, the Defendant Fox News Network, LLC, by its undersigned counsel, will move this Court before the Honorable Katherine B. Forrest, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, at a date and time to be set by the Court, for an Order, pursuant to FED. R. CIV. P. 12(b)(6), dismissing the Complaint of Plaintiff Lukasz Rudkowski for failure to state a claim upon which relief can be granted and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the agreement of counsel in this matter, Plaintiff's opposition papers shall be served and filed on or before <u>September 8, 2017</u>, and Fox News's reply papers, if any, shall be served and filed by <u>September 27, 2017</u>.

Dated: New York, New York
August 7, 2017

                        **MINTZ & GOLD LLP**

                        _____
                        Steven G. Mintz
                        Terence W. McCormick
                        600 Third Avenue
                        25th Floor
                        New York, New York 10016
                        Tel: (212) 696-4848
                        mintz@mintzandgold.com
                        mccormick@mintzandgold.com

                        Attorneys for Defendant
                        Fox News Network, LLC

To: **LIEBOWITZ LAW FIRM, PLLC**
Richard P. Liebowitz, Esq.
11 Sunrise Plaza
Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Attorneys for Plaintiff
Lukasz Rudkowski