UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>                Plaintiff,<br><br>- against -<br><br>FOX NEWS NETWORK, LLC,<br><br>                Defendant. | 17 Civ. 4160 (KBF)(JLC)<br><br>**DECLARATION OF<br>STEVEN G. MINTZ** |

**STEVEN G. MINTZ, ESQ.** makes the following declaration, under the penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.      I am a member of the firm of Mintz & Gold LLP, counsel to Fox News Network, LLC ("Fox News"). I make this Declaration in support of the instant motion by Fox News to dismiss the Complaint in this copyright action.

2.      Annexed to this Declaration as Exhibit 1 is a true and correct copy of the Complaint in this action, along with its accompanying exhibits.

3.      Annexed to this Declaration as Exhibit 2 is a true and correct screenshot copy of the Twitter page of Globalist Watch News @huitz_warrior, the Twitter user referred to in Plaintiff's Complaint (visited August 2, 2017 at approximately 10:54 a.m. Eastern). Included with Exhibit 2 is a true and correct copy of the embedded video in @huitz_warrior's Twitter page, "ANTIFA kid calls U.S. Veteran an "Anti-American," which was downloaded by this firm on August 2, 2017 at the same time.

Executed at New York, New York on this 7th day of August, 2017.

_____
Steven G. Mintz