# Rudkowski v. Fox News Network, LLC
## No. 1:17-cv-4160 (KBF)(JLC)

Declaration of Steven G. Mintz
Exhibit 2

*(Twitter Page of Huitz_Warrior and Embedded Twitter Video)*



