UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>               Plaintiff,<br><br>- against -<br><br>FOX NEWS NETWORK, LLC,<br><br>               Defendant. | 17 Civ. 4160 (KBF)(JLC)<br><br>**DECLARATION** |

**TERENCE W. McCORMICK, ESQ.**, declares pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America as follows:

1. I am an attorney in the law firm of Mintz & Gold LLP, attorneys for the Defendant herein, Fox News Network, LLC.

2. On the 7th day of August, 2017, I served true and correct copies of the Defendant Fox News Network, LLC's Notice of Motion to Dismiss the Complaint in the above captioned action, along with the accompanying Declaration of Steven G. Mintz, Esq., with the exhibits annexed thereto, and the Memorandum of Law in Support, upon counsel for Plaintiff:

    LIEBOWITZ LAW FIRM, PLLC
    Richard P. Liebowitz, Esq.
    11 Sunrise Plaza
    Suite 301
    Valley Stream, NY 11580

by filing the aforementioned papers on the Court's CM/ECF filing system, and by depositing an additional hard copy of the same, along with the accompanying video exhibits in DVD format, into the exclusive care and custody of FedEx prior to the latest time designated for overnight delivery service.

Dated:   New York, New York
         August 7, 2017

*/s/ Terence W. McCormick*

Terence W. McCormick

by filing the aforementioned papers on the Court's CM/ECF filing system, and by depositing an additional hard copy of the same, along with the accompanying video exhibits in DVD format, into the exclusive care and custody of FedEx prior to the latest time designated for overnight delivery service.

Dated:  New York, New York
        August 7, 2017

                                    _____
                                    Terence W. McCormick