# MINTZ & GOLD L[LP]
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
AMIT SONDHI*
ROBIN C. FRIED
RYAN W. LAWLER*
TIMOTHY H. WOLF
TIMOTHY J. QUILL, JR.
JULIA B. MILNE
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
PETER G. CAPACCHIONE

*ALSO ADMITTED IN NEW JERSEY

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 1[0016]

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 9, 2017

(NY State Court of Appeals 1985-1998)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

August 8, 2017

**Ordered:** Plaintiff shall inform the Court as to whether a registration has been received (or a rejection). If not, the Court shall dismiss this action without prejudice (to be refiled if/when received). Plaintiff to respond by C.O.B. today: 8/9/17.

Via CM/ECF & E-MAIL
Hon. Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
*(ForrestNYSDChambers@nysd.uscourts.gov)*

Re: Rudkowski v. Fox News Network, LLC
    17 Civ. 4160 (KBF)

Dear Judge Forrest:

We represent the Defendant, Fox News Network, LLC ("Fox News").

As we notified the Court in our letter earlier today, Fox News has moved to dismiss the instant action pursuant to Fed. R. Civ. P. 12(b)(6). The parties have entered into a stipulation regarding the briefing schedule on the motion, which we enclose under cover of this letter. We ask that the Court "so order" the stipulation.

Fox News also proposes that the Initial Pretrial Conference, currently scheduled to take place on September 8, 2017, at 1:30 p.m., now be adjourned *sine die* in light of the pending motion.

/s/ KB Forrest
USDJ
8/9/17

## MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Katherine B. Forrest
August 8, 2017
Page Two

Fox News will not burden the Court with a detailed recitation of the merits of its motion. Suffice it to say that, if granted, the motion would dispose of the action entirely. Because Plaintiff has filed his copyright claim without acquiring the required registration, the action fails to satisfy the absolute statutory precondition of copyright registration under 17 U.S.C. § 411(a). Moreover, Fox News has also moved to dismiss the Plaintiff's second claim under the Digital Millennium Copyright Act under Iqbal. Therefore, the Rule 16 Conference would be an unnecessary use of the Court's time.

We have conferred with counsel for Plaintiff, Richard Liebowitz, Esq., and he has indicated that Plaintiff does not agree to this procedure. Because the parties are not in agreement, we must ask the Court for its guidance.

Accordingly, Fox News requests that the Court notify counsel whether the September 8 conference is to go forward while the motion is pending, or whether it shall be adjourned until after the determination of the motion.

Respectfully submitted,

Steven G. Mintz

Attc.

Cc: Richard Liebowitz, Esq.
    *(Via E-mail)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI, <br><br> Plaintiff, <br><br> - against - <br><br> FOX NEWS NETWORK, LLC, <br><br> Defendant. | 17 Civ. 4160 (KBF) <br><br> **STIPULATION AND ORDER** |

**WHEREAS**, Defendant Fox News Network, LLC ("Fox News") will move to dismiss the Complaint in this action on August 7, 2017, pursuant to Fed. R. Civ. P. 12(b)(6),

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties hereto that Plaintiff's opposition papers shall be served and filed on or before September 8, 2017, and reply papers, if any, shall be served and filed by September 27, 2017.

This Stipulation may be executed by facsimile or electronic mail with the same force and effect as if signed with original signatures.

Dated:   New York, New York
         August 7, 2017

LIEBOWITZ LAW FIRM, PLLC

Richard P. Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
Email: RL@LiebowitzLawFirm.com
*Attorney for Plaintiff*

MINTZ & GOLD LLP

Steven G. Mintz
600 Third Avenue – 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Email: mintz@mintzandgold.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
Hon. Katherine B. Forrest, U.S.D.J.