

August 9, 2017

**Via CM/ECF & E-MAIL**

Hon. Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Rudkowski v. Fox News Network, LLC*, 17 Civ. 4160 (KBF)


Dear Judge Forrest:

     We represent Plaintiff in the above-referenced action and write in response to Your Honor's Order, entered August 9, 2017, asking plaintiff to inform the Court as to whether registration has been received by the Copyright Office concerning the video at issue.

     By way of background, Plaintiff filed the initial complaint on June 3, 2017 [Dkt #1]. After Defendant Fox News's request for an extension was granted [Dkt #10], Defendant filed its motion to dismiss under Rule 12(b)(6) on August 7, 2017 [Dkt #s 12-15].

     Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff has until August 28, 2017 to file an amended pleading as of right. By that date, Plaintiff expects to have received an expedited registration for the video at issue. *See, e.g.*, *Laine v. Pride*, No. 09 Civ. 3057, 2010 WL 199927, at *4–5 (S.D.N.Y. Jan. 19, 2010) ("where a plaintiff files an infringement suit prior to registration of the copyright at issue, district courts have discretion to allow a plaintiff to amend their complaint if they obtain registration after the suit's initiation."); *J. Racenstein & Co., Inc. v. Wallace*, No. 96 Civ. 9222, 1997 WL 605107, at *1 (S.D.N.Y. Oct.1, 1997) ("Where an action is commenced without registration being effected, the defect can be cured by subsequent registration, and an appropriate amendment to the complaint may be made...."); *Demetriades v. Kaufmann*, 680 F.Supp. 658, 661–62 (S.D.N.Y.1988) (permitting plaintiff, "in the interests of substantial justice," to amend complaint based on subsequent issuance of certificate of copyright registration where litigation was commenced while application was pending).


Sincerely,

/s/Richard Liebowitz
Richard Liebowitz, Esq.

*Counsel for Plaintiff Lukasz Rudowski*