UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDOWSKI,<br><br>                                Plaintiff,<br><br>- against -<br><br>FOX NEWS NETWORK, LLC<br><br>                                Defendant. | Docket No. 17-cv-4160 (KBF)<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to Local Rule 6.3 and Fed.R.Civ. P. 15(a)(1)(B) and 60(b)(6), Plaintiff Lukasz Rudowski ("Plaintiff") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order granting reconsideration or reargument of the Court's Order, dated and entered August 9, 2017, which dismissed this civil action without prejudice, and to direct the Clerk of Court to restore the docket to the calendar so as to permit the matter to proceed on the merits.

This motion is made on grounds that in the days following the Court's Order of dismissal on August 9, 2017, the U.S. Copyright Office issued a valid copyright registration to Plaintiff for the work at issue; and that such registration has an effective date of April 24, 2017, which precedes the initiation of this suit; and that such registration was obtained within the 21-day period which Plaintiff has to amend his pleading as of right, pursuant to Rule 15(a)(1)(B), to cure defects in the initial complaint.

In support of this motion, Plaintiff submits this Notice of Motion, an accompanying

memorandum of law, and the declaration of Richard Liebowitz and exhibits attached thereto.

New York, NY
Dated: August 15, 2017

    Respectfully Submitted,

    **/richardliebowitz/**
    Richard Liebowitz, Esq.
    Liebowitz Law Group PLLC
    11 Sunrise Plaza, Ste. 305
    Valley Stream, NY 11580

    *Counsel for Plaintiff Lukasz Rudowski*