UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKASZ RUDKOWSKI,

                     Plaintiff,

-against-

FOX NEWS NETWORK, LLC,

                     Defendant.

17-cv-4160-KBF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Fox News Network, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  New York, New York
           January 16, 2018

LIEBOWITZ LAW FIRM, PLLC

_____ (For RL)
Richard P. Liebowitz
*Attorneys for Plaintiff*
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*
Lukasz Rudkowski

MINTZ & GOLD LLP

_____
Steve G. Mintz
*Attorneys for Defendant*
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
212-696-4848
Mintz@MintzandGold.com
*Attorneys for Defendant*
Fox News Network, LLC

**SO ORDERED:**

_____
Katherine B. Forrest
United States District Judge

Dated: January 17, 2018